UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X        O R D E R
LINDA JACOBS,

                      Plaintiff,        CV-04-0895 (SJ)

-against-

THE NEW YORK FOUNDLING HOSPITAL,

                      Defendants.
---------------------------------X

An in person conference will be held in the above-captioned case on December 8, 2005 at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
      November 14, 2005

                                            JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE